# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DONAL R. EDWARDS,** ) | |
| Escambia County Jail ) | |
| Booking # ECSO21JBN000431, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:22-00260-JB-N |
| ) | |
| **RICHARD HETRICK,** *Warden*, ) | |
|     Respondent. ) | |

### ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 29) entered September 26, 2024, under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Petitioner **DONAL R. EDWARDS**'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1), as supplemented, is **DISMISSED without prejudice** as **MOOT**, and that Edwards is not entitled to a Certificate of Appealability in relation to this final adverse order.

This final judgment shall forthwith be set out by separate document in accordance with Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 21st day of October, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE