# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DONAL R. EDWARDS,** ) | |
| Escambia County Jail ) | |
| Booking # ECSO21JBN000431, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:22-00260-JB-N |
| ) | |
| **RICHARD HETRICK,** *Warden*, ) | |
|     Respondent. ) | |

## JUDGMENT

In accordance with the Order entered on this date adopting the recommendations of the Magistrate Judge, it is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner **DONAL R. EDWARDS**, in that this action under 28 U.S.C. § 2241 is **DISMISSED without prejudice**.

    **DONE and ORDERED** this 21st day of October, 2024.

                                      /s/ JEFFREY U. BEAVERSTOCK
                                      CHIEF UNITED STATES DISTRICT JUDGE